BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CA STATE BAR NO. 250417**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE:　(208) 334-9375
Email: James.Schaefer@usdoj.gov

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTHCON, INC. and RANDALL L. SMITH<br><br>　　　　Defendants. | Case No. 19-CV-00458-SAB<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR THE UNITED STATES TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

　　　　Pursuant to Local Civil Rule 6.1, Plaintiff United States of America and Defendants Northcon, Inc. and Randall L. Smith ("the Parties"), by and through their undersigned counsel of record, jointly move the Court to enter an order extending the deadline for the United States to respond to Defendants' Motion to Dismiss (ECF No. 11).

　　　　The current deadline for the United States to respond to Defendants' motion to dismiss is March 27, 2020. To facilitate ongoing efforts to resolve this case, the Parties request that the deadline be extended to August 28, 2020.

This is the Parties' second request for an extension.

Dated: March 18, 2020
/s/ James P. Schaefer
JAMES P. SCHAEFER
Assistant United States Attorney
Attorney for Plaintiff

Dated: March 18, 2020
/s/ Christopher R. Hall
CHRISTOPHER R. HALL
Saul Ewing Arnstein & Lehr LLP

/s/ Jonathan T. Williams
JONATHAN T. WILLIAMS
PilieroMazza PLLC

Attorneys for Defendants