BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CA STATE BAR NO. 250417**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: James.Schaefer@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHCON, INC. and RANDALL L. SMITH<br><br>　　　　　Defendants. | Case No. 19-CV-00458-SAB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff United States of America, Defendant Northcon, Inc., and Defendant Randall L. Smith, by and through their undersigned counsel of record, and hereby stipulate and agree that the above-entitled case may be dismissed in its entirety with prejudice. It is further agreed that each party is to bear its own costs and attorney's fees.

Dated this 20th day of July 2020.

　　　　　　　　　　　　　　　　　BART M. DAVIS
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　　/s/ James P. Schaefer
　　　　　　　　　　　　　　　　　JAMES P. SCHAEFER
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Dated this 20th day of July 2020.

/s/ Christopher R. Hall
CHRISTOPHER R. HALL
Saul Ewing Arnstein & Lehr LLP

/s/ Jonathan T. Williams
JONATHAN T. WILLIAMS
PilieroMazza PLLC

/s/ Robert A Faucher
Robert A. Faucher
Holland & Hart LLP

Attorneys for Defendants

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**